UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21906-CIV-LENARD/O'SULLIVAN

**NURIS VIELKA RIVERA MOJICA,**

    Plaintiff,

vs.

**CARNIVAL CRUISE LINES, INC.,**

    Defendant.
_____/

### OMNIBUS ORDER GRANTING DEFENDANT CARNIVAL CRUISE LINES, INC.'S MOTION TO COMPEL ARBITRATION (D.E. 5); DENYING AS MOOT PLAINTIFF'S MOTION TO REMAND (D.E. 12) AND STAYING THIS CASE

**THIS CAUSE** is before the Court on Plaintiff Nuris Vielka Rivera Mojica's Acceptance of Defendant's Notice of Filing Stipulation (D.E. 25), filed on September 15, 2011, wherein she withdraws her opposition to Defendant Carnival Cruise Lines, Inc.'s Motion to Compel Arbitration (D.E. 8), filed on June 7, 2011. Plaintiff agrees to allow her claims to proceed to arbitration pursuant to the arbitration clause in her contract of employment (D.E. 1-2), further subject to Defendant's Stipulation (D.E. 21), filed on July 1, 2011, which agrees to apply United States law to Plaintiff's Jones Act claim. Both parties request that this Court retain jurisdiction over this case in order to review and enforce the arbitral award. (*See* Def.'s Stip. at 2; Pl.'s Notice of Acceptance at 1.)

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Defendant Carnival Cruise Lines, Inc.'s Motion to Compel Arbitration (D.E. 5), filed on June 7, 2011, is **GRANTED**.

2. Plaintiff Nuris Vielka Rivera Mojica's Motion to Remand (D.E. 12), filed on June 21, 2011, is **DENIED** as moot.

3. Arbitration of Plaintiff's Jones Act claim will be conducted applying the laws of the United States of America, consistent with Defendant's Notice of Filing Stipulation (D.E. 21), filed on July 1, 2011.

4. This Case is **STAYED** pending the outcome of arbitration and **ADMINISTRATIVELY CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of September, 2011.

                                          */s/ Joan A. Lenard*
                                          **JOAN A. LENARD**
                                         **UNITED STATES DISTRICT JUDGE**